ACCEPTED
09-17-00093-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 10:31 AM
CAROL ANNE HARLEY
CLERK



*Law Office of*

# Walter P. Fontenot

*414 Main        P.O. Box 249*
*Liberty, TX 77575*
*Phone: (936) 336-8753*
*Fax: (936) 336-6531*

*Website: www.liberty-attorney.com*

*E-mail: walterpfontenot@yahoo.com*

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/11/2017 10:31:20 AM
CAROL ANNE HARLEY
Clerk

December 11, 2017

Clerk
Ninth Court of Appeals
1001 Pearl St., Suite 330
Beaumont, TX 77701

In RE:    **No. 09-17-00093-CR – *Roberto Ismaiel Alvarado v. The State of Texas* – In the Court of Appeals Ninth District of Texas at Beaumont -- Appellate "Anders" Brief**

TO THE HONORABLE CLERK OF SAID COURT:

Enclosed are the following:

1.    Anders Brief

2.    Motion to Withdraw

3.    Letter dated December 11, 2017 addressed to Appellant, Roberto Ismaiel Alvarado

If anything else is required, please inform my office.

With kindest regards, I am,

Sincerely,

Walter P. Fontenot

WPF/sl
Encl:
Appellant's Brief
Motion to Withdraw
Letter to Appellant

*Except for those who were born privileged, or experienced incredibly good luck, I know of only*
*one place where "success" comes before "work" - the dictionary.  Author....Walter P. "with a twist"*